Case 1:24-mj-00345-MAU   Document 1-1   Filed

Case: 1:24-mj-00345
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 10/28/2024
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

In September 2024, multiple warrants were issued for the arrest of KAISHAWN JOHNSON by law enforcement in Maryland. *First*, on September 25, 2024, the Circuit Court for Howard County, Maryland issued a bench warrant for a probation violation. *Second*, on September 26, 2024, the Montgomery County Maryland Sheriff's Office issued a warrant for a probation violation. *Third*, on September 31, 2024, Prince Georges County Maryland Sheriff's Office issued an arrest warrant for Second Degree Assault.

The U.S. Marshal's Service was made aware of these active warrants. On October 25, 2024, at approximately 2:30 PM, Deputy U.S. Marshals (DUSMs) located and began conducting surveillance on a black Audi S5 two-door coupe with MD temporary tag T1964257 that was believed to be operated by JOHNSON. The vehicle was located parked in the 2600 block of Jasper Street SE, Washington, D.C.

At approximately 3:42 PM, DUSMS observed an individual they identified as JOHNSON walking from the rear of 2601 Jasper Street SE towards the vehicle. JOHNSON was initially walking toward the driver's side door, but then walked around the vehicle and closed the fuel tank cover, which had been left open.

As JOHNSON began walking towards the driver's side of the vehicle, DUSMS approached JOHNSON. DUSMS were in an unmarked vehicle but exited the vehicle wearing USMS-issued ballistic vests with clearly visible "POLICE" and "US MARSHAL" insignias displayed on the front and rear. As DUSMs approached, JOHNSON immediately took flight on the sidewalk leading to the rear of 2601 Jasper Street SE. As JOHNSON fled, he was grasping at a black and gray satchel that he was wearing across his body.

DUSMs pursued JOHNSON to the rear of 2601 Jasper Street SE, where JOHNSON scaled a chain link fence leading to a wooded area bordering Suitland Parkway. As JOHNSON landed on the other side of the fence, a DUSM observed JOHNSON grab at his satchel and then continued fleeing toward Suitland Parkway. Other DUSMS observed JOHNSON fleeing across Suitland parkway towards 23rd Street SE.

As DUSMs reached 23rd Street SE, they observed JOHNSON still wearing the black and gray satchel and reaching for the satchel as he continued running. JOHNSON continued fleeing on 23rd Street SE, across Savannah Street SE, to the front of Shipley Liquors located at 2281 Savannah Street SE. JOHNSON approached a motor scooter that was parked on the sidewalk in front of Shipley Liquors. JOHNSON grabbed the handlebar of the scooter and sat in the driver's seat.

Another individual, presumably the individual who owned the scooter, began an altercation with JOHNSON over the scooter. DUSMS observed as the other individual pushed JOHNSON off the scooter, which caused the scooter to fall on JOHNSON. As JOHNSON and the scooter fell, a DUSM observed what he immediately recognized to be a firearm fall from the area of the motor scooter onto the sidewalk.

DUSMs recovered the firearm and placed JOHNSON under arrest. The individual who engaged in the altercation with JOHNSON over the scooter left the scene before providing identifying information to DUSMs.

The recovered firearm was a Glock 31 .357 handgun bearing serial number GEX760. The firearm contained one round of .357 caliber ammunition in the chamber and ten rounds of ammunition in a twenty-two-round magazine. Firearms and ammunition are not manufactured within the District of Columbia. Therefore, the firearm and ammunition traveled in and affected interstate commerce.

JOHNSON has been previously convicted of crimes punishable by more than a year in prison. Specifically, on May 4, 2023, JOHNSON was convicted of Theft: $25,000 to under $100,000 in Howard County, Maryland Case No. C-13-CR-22-000020 and sentenced to ten years' confinement with eight years and nine months of that sentence suspended. Additionally, on September 30, 2022, JOHNSON was convicted of First-Degree Burglary in Montgomery County, Maryland, and sentenced to six years and six months with eighteen months suspended. Therefore, at the time of this offense, JOHNSON was aware that he had been convicted of a crime punishable by more than a year imprisonment.

DUSMs subsequently obtained surveillance from Shipley Liquors reflecting this offense, specifically from a camera facing the front sidewalk in front of Shipley Liquors. The footage contains a date and time stamp accurately reflecting the date, but the time is approximately three minutes behind actual time.

The video reflects the following:
- 15:39: An individual arrives in front of Shipley Liquors driving a black motorbike and parks it in front of the store;

- 15:41:37: JOHNSON appears dressed in gray, running towards the motorbike and carrying what appears to be a firearm in his left hand (yellow circle);



- 15:41:39: JOHNSON runs toward the motorbike, reaching out for the bike's handle with his right hand, while pointing the firearm with visible extended magazine at the motorbike operator;



- 15:41:41: JOHNSON sits in the driver's seat of the bike and the motorbike operator begins to scuffle with JOHNSON, ultimately knocking JOHNSON and the bike to the ground;

- 15:41:45: JOHNSON is detained and the firearm is recovered.

Respectfully Submitted,

_____
Detective Jeremiah Johnson, D1-1261
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on October 28, 2024.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE